Todd B. Barsotti, No. 148862

**EMERSON, COREY & BARSOTTI**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641

Facsimile:   (559) 432-7639

Attorneys for Defendant, FRONTIER INDUSTRIAL TECHNOLOGY, INC. (sued and served erroneously herein as "FRONTIER INDUSTRIAL TECHNOLOGY")

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH McCORMICK,<br><br>  Plaintiff,<br>   vs.<br><br>FRONTIER INDUSTRIAL TECHNOLOGY, and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No.: CIVE-F-03-5400-REC-TAG<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br><br><br><br>JT:  October 25, 2005<br>STATE COURT COMPLAINT FILED:   January 28, 2003 |

  IT IS HEREBY STIPULATED by and between the parties hereto that this matter may be dismissed, with prejudice and in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

  It is the intention of the parties to submit this stipulation to the United States District Court, Eastern District, asking for an order of dismissal with prejudice.

Dated: May 16, 2005.

LAW OFFICES OF YOUNG & NICHOLS

By:   /S/ Todd A. Gall.
      Todd A. Gall
      Attorneys for Plaintiff,
      Kenneth McCormick

Dated: May 18, 2005.

EMERSON, COREY & BARSOTTI

PDF created with pdfFactory trial version www.pdffactory.com

                               By   /S/ Todd B. Barsotti
                                  Todd B. Barsotti

TECHNOLOGY, INC.                    Attorneys for Defendant, FRONTIER       INDUSTRIAL

**ORDER**

IT IS HEREBY ORDERED that the herein matter is dismissed with prejudice.

DATED: May 24, 2005.                                  _____/s/ ROBERT E. COYLE

                                                                    Judge of the United States District Court,
                                                                    Eastern District

PDF created with pdfFactory trial version www.pdffactory.com